# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LYDIA TRAMMELL

VERSUS

STATE OF LOUISIANA, THROUGH
THE LOUISIANA DEPARTMENT OF
TRANSPORTATION AND
DEVELOPMENT AND NISSAN NORTH
AMERICA, INC.

NO.   2019 CW 1388

**FEB 1 8 2020**

---

In Re:    The  State   of  Louisiana,  through  the  Department  of
          Transportation    and    Development,   applying    for
          supervisory  writs,  19th  Judicial  District  Court,
          Parish of East Baton Rouge, No. 681406.

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

                        **TMH**
                        **AHP**
                        **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT